RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/15/10
BY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **GARRY ZEIGLER, SR.** | **CIVIL ACTION NO. 09-01623** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY GOODWIN, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

# RULING

Pending before the Court is a Petition for Writ of *Habeas Corpus* [Doc. No. 1] filed by *pro se* Petitioner Garry Zeigler, Sr. ("Zeigler"), pursuant to 28 U.S.C. § 2254. Having fully considered the Report and Recommendation of the Magistrate Judge and after a *de novo* review of the record in this matter, including Zeigler's objections, and finding that the Magistrate Judge is correct, the Court ADOPTS the Report and Recommendation with one clarification.

In the Magistrate Judge's discussion of Zeigler's claim that the jury was improperly permitted to view a crime lab report, she mistakenly refers to Zeigler as "Jones." [Doc. No. 14, p. 12]. This is clearly a typographical error. Judge Benjamin Jones was the presiding judge over Zeigler's trial. Accordingly, the Court clarifies that the Magistrate Judge was, in fact, referring to Zeigler's claim. The typographical error does not affect her analysis, which has been adopted by the Court.

Thus, Zeigler's Petition is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 15 day of September, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE