RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/15/10
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GARRY ZEIGLER, SR.** | **CIVIL ACTION NO. 09-01623** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY GOODWIN, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct with the one clarification noted in this Court's Ruling, and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Garry Zeigler, Sr.'s Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED and DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 15 day of September, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE